# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon E Bracken

                Plaintiff,

v.                                         Case No.: 1:19–cv–03940
                                           Honorable Charles R. Norgle Sr.

Kroger/Roundys

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 3, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Court has reviewed the Updated Joint Status Report [37]. Discovery ordered closed 7/30/2021. Final Pretrial Order with jury instructions is due 8/31/2021. Trial date will be set after review. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.