# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| MARLON E. BRACKEN ) | |
| ) | Case No. 19 cv 03940 |
| Plaintiff, ) | |
| ) | Hon. Charles R. Norgle, Sr., Judge |
| vs. ) | |
| ) | |
| ROUNDY'S ILLINOIS LLC, d/b/a/ ) | |
| MARIANO'S ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY, *UNOPPOSED*

Plaintiff Marlon Bracken, by and through his attorney, Gregory T. Mitchell, Law Office of Gregory T. Mitchell, P.C., respectfully moves to extend the discovery deadline sixty (60) days, until September 30, 2021. In support of this motion the following is submitted.

1. On June 12, 2019, plaintiff Marlon Bracken, filed *pro se*, the initial federal complaint alleging that the Mariano's Store located in Bannockburn, Illinois filed to promote him to a meat cutter position because of his race, Black - African American. Dkt # 1. Plaintiff's request for court-appointed legal representation was denied on September 6, 2019. Dkt. #7.

2. After being retained by plaintiff, counsel subsequently filed a First Amended Complaint on February 28, 2020. Dkt. # 25. Defendant filed its Answer and Affirmative Defenses on March 13, 2020. Dkt. # 27. Before the long-term public health concerns and operational difficulties caused by the onset of the Covid -19 pandemic were understood, the parties exchanged Rule 26(a)(1) disclosures and subsequently issued written discovery. Defendant also noticed the deposition of plaintiff for May 7, 2020, and plaintiff noticed several depositions to proceed in June 2020.

3. As a result of the public health concerns and the functional limitations in the workplace, all planned oral discovery was paused. After discussions between the parties during February 2021, the parties agreed that oral discovery could safely proceed, at least remotely, and therefore could likely be completed within 120 days. After reviewing the Updated Joint Status Report submitted by the parties to the court on February 25, 2021, the district court ordered discovery closed on July 31, 2021. Dkt. # 38.

4. Despite the parties' best efforts, additional time is needed to complete oral. Plaintiff has identified five (5) employees for deposition. Counsel for defendant recently advised however, that two of the requested employees are no longer employed by Mariano's and will require the issuance of subpoenas. In this regard, witness Christa Bertolini, the former Vice President of Human Resources, Roundy's Supermarkets, Inc., was the corporate representative who initially investigated plaintiff's racial discrimination complaint before it was filed with the EEOC and was the initial corporate representative who received the formal EEOC complaint for the defendant on June 12, 2018. Defendant has further advised that Ms. Bartolini's last-known contact information is in West Seneca, New York. Defendant is currently scheduled to take plaintiff's deposition, in-person, on June 23, 2021.

5. In view of the foregoing, plaintiff respectfully request that the July 31, 2021, discovery deadline be extended sixty (60) days, until September 30, 2021. Plaintiff is scheduled to take the deposition of three (3) current employees before July 10, 2021, and needs additional time to locate and schedule the depositions of two or three, former employees - Gary Foy, Christa Bertolini and/or Kelly Ann, the former H.R Director at the Mariano's store located in Buffalo Grove.

6. Counsel for defendant is not opposed to the requested sixty (60) day extension of the

discovery deadline.

                                          Respectfully submitted,

                                          */s/ Gregory T. Mitchell*  
                                          Gregory T. Mitchell  
                                          Law Office of Gregory T. Mitchell, P.C.  
                                          18141 Dixie Highway, Suite 115  
                                          Homewood, Illinois 60430  
                                          (708) 799-9325  
                                          mitchlaw00@comcast.net