# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon E Bracken
                        Plaintiff,

v.
                                                 Case No.: 1:19–cv–03940
                                                 Honorable Charles R. Norgle Sr.

Kroger/Roundys
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Motion voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear their own costs and fees [44] is granted. No appearance is required on Friday, July 16, 2021. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.