Gmail

Marlon Bracken <marlonbracken@gmail.com>

## Case
1 message

P- 937-422-5152

**Marlon Bracken** <marlonbracken@gmail.com>　　　　　　　　　　　Wed, Jul 14, 2021 at 12:57 PM
To: Marlon Bracken <marlonbracken@gmail.com>

Honorable Judge Norgle.  Case no. 19cv03940

July 14, 2021
　　Dear Judge Norgle, I talked briefly with my former attorney Greg Mitchell Friday. Just before talking to me a tragedy happened. A man Shomdell Newell who was raised sort of like a Nephew and a very close member of my family was Murdered in South Haven Mi, I was pretty distraught during the conversation and not focused. I am not clear on what a voluntary dismissal means or what my rights are at this time. Attorney Mitchell sent me an email Sunday, I called him Tuesday to clarify what the paper work meant and he told me the Judge already approved it. At this point I don't know what mi rights are or what legal options I have at this time. I can't come in on Friday the 16th at the hearing because I have to attend a funeral. Please let me know if I can maybe zoom or something. I just want clear understanding of what's going on.　 Sincerely Marlon E Bracken

**FILED**

JUL 1 6 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I will send a Notorized copy